JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MARTINEZ, individually, on a representative basis, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN TIRE DISTRIBUTORS, INC., a Delaware Corporation; and DOES 1 through 20, inclusive;<br><br>Defendants. | Case No.:  5:22-cv-00422 JGB (KKx)<br>*[Assigned to Hon. Judge Jesus G. Bernal]*<br><br>**ORDER ON STIPULATION REMANDING ACTION TO SAN BERNARDINO SUPERIOR COURT** |

**ORDER**

Upon stipulation of the Parties, and for good cause appearing, the Court ORDERS as follows:

1. All dates presently all on calendar for this matter are vacated; and
2. Plaintiff's case is remanded to the San Bernardino Superior Court.

IT IS SO ORDERED.

DATED: April 8, 2022

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT COURT JUDGE